# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0109, <u>B&B Auto and RV v. Paul Poulos</u>, the court on November 29, 2022, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). Based upon our review of the briefs, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decision, we find unpersuasive the arguments of the defendant, Paul Poulos, and affirm the trial court's decision in favor of the plaintiff, B&B Auto and RV, on its small claim complaint. <u>See</u> <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**